**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**IN ADMIRALTY**

**FORT MYERS DIVISION**

**Case No.: 2:23-cv-905-JLB-KCD**

IN RE:

PETITION OF FREEDOM MARINE SALES LLC, as titled owner, and FREEDOM BOAT CLUB LLC, as owner *pro hac vice* of and for the M/V "Hopma On Board", a 2022 Godfrey 2286 Pontoon Boat, hull identification number GDY65231B222, her engines, tackle, and appurtenances,

Petitioners. /

# MONITION

TO THE MARSHAL OF THE UNITED STATES OF AMERICA FOR THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA:

WHEREAS, a Complaint has been filed in the United States District Court for the Middle District of Florida, Fort Myers Division, by Petitioners, FREEDOM MARINE SALES LLC, as titled owner, and FREEDOM BOAT CLUB LLC, as owner *pro hac vice* of and for the M/V "Hopma On Board", a 2022 Godfrey 2286 Pontoon Boat, hull identification number GDY65231B222, her engines, tackle, and appurtenances (the "Vessel"), seeking exoneration from, or limitation of, their liability concerning any and all personal injury, property damage, destruction or other losses occasioned by or arising out of the alleged incident set forth in the aforesaid Complaint, for reasons and causes in said Complaint, and praying that a Monition and Injunction for those reasons be issued, and that

all persons or corporations claiming any and all personal injury, property damage, destruction or other losses, caused by or resulting from the alleged incident set forth in the Complaint be thereby cited to appear and file their respective claims with the Clerk of this Court, and to make due process thereof and citing them to file their answers to the Complaint and all the proceedings be had, if it shall appear that Petitioners are not liable for any personal injury, property damage, destruction or other losses, it may be so finally decreed by this Court; and,

WHEREAS, Petitioners have filed herein an Amended *Ad Interim* Stipulation for Costs and Value, including a Letter of Undertaking, representing the value of the Petitioners' interest in the subject Vessel, and within fifteen (15) days after the entry of an Order herein appraising the value of the Petitioners' interest in the Vessel, Petitioners will pay the amount so fixed into this Court or will file with the Court a stipulation for value in the usual form and with approved surety;

YOU ARE THEREFORE COMMANDED TO CITE PERSONS OR CORPORATIONS, in respect of which the Petitioners seek limitation, to file their respective claims with the Clerk of this Court and to serve on or mail to the Petitioners' attorneys copies thereof on or before **December 15, 2023**, and citing such claimants to appear and respond to the Complaint herein on or before **December 15, 2023**, or within such time as the Court may grant and what you have done in the premises do you then make return to the Court with this writ.

DONE AND ORDERED in Fort Myers, Florida on this **31st** day of **Oct.** 2023.

Cc: Counsel of Record

Kyle C. Dudek
United States Magistrate Judge