UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FREEDOM MARINE SALES, LLC,
as titled owner, and Freedom Boat
Club, LLC, as owner pro hac vice of
and for the M/V "Hopma On
Board," a 22 Godfrey 2286 Pontoon
Boat, hull identification number
GDY65231B222, her engines,
tackle and appurtenances,

     Petitioner,

v.                                                    Case No.:   2:23-cv-905-JLB-KCD

NAYDA YAMILETH SANDOVAL,

     Defendant.
_____

**ORDER**

This suit concerns a boating accident that occurred on or about April 22, 2023, on the navigable waters of Lee County, Florida. In October 2023, Plaintiffs Freedom Marine Sales, LLC and Freedom Boat Club, LLC filed a complaint for exoneration or limitation of liability. Thereafter, the court approved the interim security and directed notice to all potential claimants. And on pain of default, the court directed all potential claimants to file their claims or answers by December 15, 2023. (Doc. 16.)

The deadline for receipt of claims and answers expired, and only Nadya Yamileth Caceres de Sandoval responded. (Doc. 20.) Consequently, non-

appearing potential unknown claimants have been declared in default. (Doc. 26.) And by defaulting for failing to answer, all non-appearing claimants admit that plaintiff is entitled to exoneration. Fed. R. Civ. P. 8(b)(6) ("An allegation—other than one relating to the amount of damages—is admitted if a responsive pleading is required and the allegation is not denied.").

Plaintiffs have complied with the Civil Rules, the Supplemental Rules, and the court's Admiralty and Maritime Practice Manual. Accordingly, the unopposed motion for default judgment (Doc. 27) is **GRANTED** and the clerk is directed to enter a default judgment of exoneration in favor of Plaintiff against the non-appearing potential claimants.

**ORDERED** in Fort Myers, Florida on December 20, 2023.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record